# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

```
FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 FEB 27 P 4: 52
```

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Lenzy Reese, Jr. | ) | Case No:  CR592-00029-008 |
| | ) | USM No:  08062-021 |
| Date of Previous Judgment: __April 22, 1996__ | ) | Edward C. Brewer, III |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

      Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

      ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in
         the last judgment issued) of __240__ months **is reduced to** __time served, plus 10 days__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 40 | Amended Offense Level: | 38 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 324 to 405 months | Amended Guideline Range: | 262 to 327 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time
of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the
amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __April 22, 1996__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __February 27, 2008__

Judge's signature

Effective Date: __2-27-08__

Judge, U.S. District Court

(if different from order date)                    Printed name and title