AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 FEB 27 P 4: 52

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lenzy Reese, Jr. | ) | Case No: CR592-00029-008 |
| | ) | USM No: 08062-021 |
| Date of Previous Judgment: April 22, 1996 | ) | Edward C. Brewer, III |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __240__ months **is reduced to** __time served, plus 10 days__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __40__  Amended Offense Level: __38__
Criminal History Category: __II__  Criminal History Category: __II__
Previous Guideline Range: __324__ to __405__ months  Amended Guideline Range: __262__ to __327__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __April 22, 1996__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __February 27, 2008__

Effective Date: __2-27-08__
(if different from order date)

Judge's signature

Judge, U.S. District Court
Printed name and title